375 U.S. 215
 84 S.Ct. 341
 11 L.Ed.2d 269
 FRANK ADAMS & CO. et al.
v.
UNITED STATES et al.
 No. 506.
 Supreme Court of the United States
 December 9, 1963
 Rehearing Denied Feb. 17, 1964.
 
 See 376 U.S. 929, 84 S.Ct. 657.
 Howard Gould, for appellants.
 Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Irwin A. Seibel, Robert W. Ginnane and H. Neil Garson, for the United States and Interstate Commerce Commission.
 F. B. Henderson, Richard J. Murphy, Kemper A. Dobbins, R. B. Claytor and Robert H. Bierma, for appellee rail carriers.
 PER CURIAM.
 
 
 1
 The motion of Henry B. Street for leave to withdraw his appearance as counsel for the appellants is granted. The motions to affirm are granted and the judgment is affirmed.